1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:23MJ00071-DUTY |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Lester Eduardo Cardenas Flores | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Eastern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×)   information in the Pretrial Services Report and Recommendation

    (×)   information in the violation petition and report(s)

    (×)   the defendant's nonobjection to detention at this time

    ( )   other: _____

|    |         |                                                                                         |
|----|---------|-----------------------------------------------------------------------------------------|
| 1  |         | and/ or                                                                                 |
| 2  | B. (×)  | The defendant has not met his/her burden of establishing by clear and                   |
| 3  |         | convincing evidence that he/she is not likely to pose a danger to the safety            |
| 4  |         | of any other person or the community if released under 18 U.S.C.                        |
| 5  |         | § 3142(b) or (c).  This finding is based on the following:                              |
| 6  |         | (×)   information in the Pretrial Services Report and Recommendation                    |
| 7  |         | (×)   information in the violation petition and report(s)                               |
| 8  |         | (×)   the defendant's nonobjection to detention at this time                            |
| 9  |         | ( )   other: _____                             |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  February 15, 2023

_____
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE